**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jerry L. FRIERSON, Defendant—
Appellant.**

No. 05–7755.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 20, 2006.

Decided: April 4, 2006.

Jerry L. Frierson, Appellant Pro Se. Leesa Washington, Office of The United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry L. Frierson appeals the district court's order denying his "Motion to Correct Plain Error" in his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Frierson,* No. CR–03–631 (D.S.C. filed Oct. 21, 2005; entered Oct. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*